# Delaware, Lackawanna & Western Railroad Company's Tax Assessment (No. 11).

Argued Feb. 23, 1909. Appeal, No. 387, Jan. T., 1908, by The Delaware, Lackawanna & Western Railroad Company, from order of C. P. Lackawanna Co., Nov. T., 1907, No. 658, on appeal from tax assessment in the Matter of the Assessment of Land of The Delaware, Lackawanna & Western Railroad Company in the Second, Third and Fourth Wards of Old Forge Borough. Before Fell, Brown, Potter, Elkin and Stewart, JJ. Reversed.

Opinion by Mr. Justice Elkin, March 29, 1909:

Decree reversed and record remitted to the court below with same instructions as given, ante, p. 248, costs on the appeal to this court to be paid by the appellees.